THE CITY OF OGDENSBURGH, Respondent, *v.* HENRY LOVEJOY, Appellant.

(Submitted June 12, 1874; decided September 22, 1874.)

REPORTED below, 2 New York Supreme Court (T. & C.), 83.

*Vary & Stone* for the appellant.

*Myers & Morris* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

ROBERT MCKINSTRY et al., Appellants, *v.* WALTER T. L. SANDERS et al., Executors, etc., Respondents.

(Argued June 17, 1874; decided September 22, 1874.)

REPORTED below, 2 New York Supreme Court (T. & C.), 181.

*S. L. Magoun* for the appellants.

*John Sanders* and *C. P. Ellis* for the respondents.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.